ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
DONELL HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONELL HATCHER,

    Defendant    /

Nos.   CR 92-001 WBS
        CR 09-0625 WBS

STIPULATION AND ~~PROPOSED~~
ORDER CONTINUING DATE TO
FILE REPLY BRIEFS

    Defendant Hatcher filed pro per 2255 motions, as well as other motions, in the above-referenced cases. In response to the Court's Orders, the prosecution has filed memoranda opposing defendant's motions in both cases. Defendant Hatcher has reply briefs due this Friday, on May 24, 2013. The court just recently ordered the appointment of CJA counsel for Mr. Hatcher. Counsel has not yet had a chance to review the prior briefing, obtain a transcript of the hearing that was held, and prepare any reply briefs. The United States agrees to a continuance to permit counsel to file reply briefs. The United States does not agree to a continuance for Hatcher, through counsel, to raise new arguments. If counsel seeks to file briefing in addition to any reply briefs, counsel with discuss any such briefing with the United States and seek leave of

Stipulation, United States v. Hatcher

the Court if the parties cannot reach agreement.

IT IS THEREFORE STIPULATED that the date for filing any reply briefs on behalf of defendant Hatcher may be continued to June 21, 2013 so that counsel may review the prior filings.

**SO STIPULATED**.

DATED: May 21, 2013      By:      /S/Denise Marie Barton
                                                           DENISE MARIE BARTON
                                                           Assistant United States Attorney

DATED: May 21, 2013      By:      /S/Erik Babcock
                                                           ERIK BABCOCK
                                                           Counsel for Defendant

**GOOD CAUSE APPEARING, IT IS SO ORDERED**.

DATED: May 22, 2013

                     WILLIAM B. SHUBB
                     UNITED STATES DISTRICT JUDGE