UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOS. CR. 3:92-00001 WBS |
| Plaintiff, | 3:09-00625 WBS |
| v. | ORDER |
| DONELL HATCHER, | |
| Defendant. | |

----oo0oo----

The court granted defendant's motion for appointment of counsel so that it would be deluged with fewer, not more, pro se motions from the defendant. Now, notwithstanding the fact that he is represented by counsel, as he requested, defendant continues to file documents in propria persona. Most recently, the court has received defendant's Motion for Judicial Notice (Document 182 in case No. Cr. 09-625), his latest Motion to Vacate Sentences (Document 2279 in case No. Cr. 92-001), and his document entitled Relief of Counsel (Document 2280 in case No. Cr. 92-001), all filed in propria persona.

In his status report of November 1, 2013, defendant's attorney explained the reasons for not being able to respond to defendant's phone calls more quickly and why it is taking as long as it is to address the issues defendant wants him to raise. For those

reasons, on November 4, 2013, the court denied defendant's Motion for Reappointment of Counsel.  The court is satisfied that defendant's attorney is proceeding diligently under the circumstances, and the court cannot afford to entertain every single document defendant decides to file in the meantime.

        IT IS THEREFORE ORDERED that defendants recent <u>pro</u> <u>se</u> requests filed while he has been represented by counsel, be, and the same hereby are, STRICKEN without prejudice.

DATED:  December 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE